**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | |
|---|---|
| JACQUELINE FIELDS, | : No. 606 EAL 2014 |
| | : |
| Petitioner | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| WORKERS' COMPENSATION APPEAL | : |
| BOARD (CITY OF PHILADELPHIA), | : |
| | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 28th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.